EXHIBIT 1

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,087,775
Registered May 2, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# RA

RA SCOTTSDALE CORP. (DELAWARE CORPORATION)
3815 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ 85251

FOR: SUSHI BAR SERVICES AND ASIAN FOOD RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-20-1997; IN COMMERCE 10-20-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,209,246.

SER. NO. 78-641,586, FILED 6-1-2005.

JOSETTE BEVERLY, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,209,246

**United States Patent and Trademark Office**  Registered Dec. 8, 1998

## SERVICE MARK
## PRINCIPAL REGISTER



H.K.H., L.L.C. (ARIZONA LIMITED LIABILITY COMPANY)
3815 NORTH SCOTTSDALE ROAD
SCOTTSDALE, AZ 85251

FOR: SUSHI BAR SERVICES AND ASIAN FOOD RESTAURANT SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-20-1997; IN COMMERCE 10-20-1997.

SER. NO. 75-432,503, FILED 2-11-1998.

KIMBERLY PERRY, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,087,776
Registered May 2, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

### IT'S MORE FUN IN THE RA!

RA SCOTTSDALE CORP. (DELAWARE CORPORATION)
3815 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ 85251

FOR: SUSHI BAR SERVICES AND ASIAN FOOD RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-20-1997; IN COMMERCE 10-20-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,209,246.

SER. NO. 78-641,594, FILED 6-1-2005.

RAUL CORDOVA, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

Reg. No. 3,408,349

United States Patent and Trademark Office

Registered Apr. 8, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



RA SUSHI HOLDING CORP. (DELAWARE CORPORATION)
3815 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ 85251

FOR: ASIAN FOOD RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-20-1997; IN COMMERCE 10-20-1997.

OWNER OF U.S. REG. NOS. 2,209,246, 3,087,775, AND 3,087,776.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SUSHI, BAR" AND "RESTAURANT", APART FROM THE MARK AS SHOWN.

SER. NO. 77-201,770, FILED 6-8-2007.

PAULA MAYS, EXAMINING ATTORNEY

Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,531,838
Registered Nov. 11, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



RA SUSHI HOLDING CORP. (DELAWARE CORPORATION)
3815 N. SCOTTSDALE ROAD
SCOTTSDALE, AZ 85251

FOR: ASIAN FOOD RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 6-30-2007; IN COMMERCE 6-30-2007.

OWNER OF U.S. REG. NOS. 2,209,246, 3,087,775, AND 3,087,776.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SUSHI", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF THE WORD "RA" ABOVE THE WORD "SUSHI" INSIDE OF A CIRCLE.

SN 77-201,764, FILED 6-8-2007.

JULIE GUTTADAURO, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,063,423**
**Registered Nov. 29, 2011**
**Int. Cls.: 33 and 43**

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

RA SUSHI HOLDING CORP. (DELAWARE CORPORATION)
SUITE 201
8685 NW 53RD TERRACE
MIAMI, FL 33166

FOR: WINES, NAMELY, PLUM WINES; SPIRITS, NAMELY SAKE, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

FOR: BAR, RESTAURANT, CATERING, AND RESTAURANT CARRY-OUT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NOS. 2,209,246, 3,087,776 AND OTHERS.

THE NON-LATIN CHARACTERS IN THE MARK TRANSLITERATE TO RA AND THIS HAS NO MEANING IN A FOREIGN LANGUAGE.

THE MARK CONSISTS OF A SINGLE JAPANESE CHARACTER.

SER. NO. 85-321,574, FILED 5-16-2011.

TINA L. SNAPP, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

*First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

*Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
*See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office

# RA

**Reg. No. 4,199,774**
**Registered Aug. 28, 2012**
**Int. Cl.: 33**

**TRADEMARK**
**PRINCIPAL REGISTER**

RA SUSHI HOLDING CORP. (DELAWARE CORPORATION)
6263 N. SCOTTSDALE ROAD
SUITE 285
SCOTTSDALE, AZ 85250

FOR: ALCOHOLIC MIXED BEVERAGES EXCEPT BEERS, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 11-0-2004; IN COMMERCE 11-0-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,209,246, 3,087,775, AND 3,087,776.

SN 85-357,575, FILED 6-27-2011.

GIANCARLO CASTRO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

<div style="border:1px solid black; text-align:center;">

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

</div>

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

<div style="border:1px solid black; text-align:center;">

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

</div>

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office

# RA

**Reg. No. 4,307,449**  
**Registered Mar. 26, 2013**  
**Int. Cl.: 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

RA SUSHI HOLDING CORP. (DELAWARE CORPORATION)  
6263 N. SCOTTSDALE ROAD  
SUITE 285  
SCOTTSDALE, AZ 85250

FOR: RESTAURANT, BAR, CATERING, AND CARRY-OUT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 10-20-1997; IN COMMERCE 10-20-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,209,246, 3,087,775, AND 3,087,776.

SER. NO. 85-357,569, FILED 6-27-2011.

GIANCARLO CASTRO, EXAMINING ATTORNEY



**Acting Director of the United States Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

---

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.